GORLITZER, Appellant, v. WOLFFBERG, Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Mary Gorlitzer against Betty Wolffberg, as administratrix, etc. E. J. Bernheimer, for appellant. J. M. Guedalia, for respondent. No

opinion. Judgment reversed, with costs to appellant to abide event. Order setting aside verdict modified, by directing a new trial, and, as so modified, affirmed, without costs. Settle order on notice.

---

GOULD STORAGE BATTERY CO., Respondent, v. CHABOT, Appellant. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by the Gould Storage Battery Company against Theodore J. Chabot. L. O. Van Doren, for appellant. G. F. Hurd, for respondent. No opinion. Judgment affirmed, with costs. Order filed.